IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JAMES D. MEADOWS | ) |
| | ) |
| VS. | ) Case No. 05-1044-T/AN |
| | ) Jury Demand |
| WAL-MART STORES, INC. | ) |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in controversy have been compromised and settled.

It is therefore ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice, and the costs of this cause are taxed to defendant.

**IT IS SO ORDERED.**

This 20th day of May, 2005.

_James D. Todd_
Judge ~~Todd J. Campbell~~

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/20/05

5

APPROVED FOR ENTRY:


_____
Tracy Shaw, No. 7172
Patrick Witherington, No. 22348
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorneys for Defendant


_____
Tom Ventimiglia
5 Brams Point Road
Hilton Head, SC 29926
(843) 341-3310
Attorney for Plaintiff

F:\PDW\Meadows.James\Agreed order of dismissal.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01044 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Tom Ventimiglia
LAW OFFICES OF TOM VENTIMIGLIA
5 Brams Pt. Road
Hilton Head, SC 29926

Tracy Shaw
HOWELL & FISHER
300 James Robertson Parkway
Nashville, TN 37201--110

Honorable James Todd
US DISTRICT COURT